Post v. Brown.

---

### C. B. Post v. F. G. Brown.

1. CONSIDERATION—*Necessary to Support a Promise.*—The common law makes a consideration necessary to support a contract though it be in writing, and a promissory note is subject to the rule.

2. PLEADING—*A Consideration.*—In a suit upon a contract in a court of record, it is necessary to allege a consideration in the declaration.

3. EVIDENCE—*Of the Consideration.*—On the trial of a suit upon a contract under proper pleas, it is competent to show why a party signed the contract, as tending to show what the consideration was.

**Memorandum.**—Assumpsit on appeal from a justice's court. In the Superior Court of Cook County; the Hon. JONAS HUTCHINSON, Judge presiding. Trial by jury; verdict and judgment for plaintiff; appeal by defendant. Heard in this court at the October term, 1894. Reversed and remanded. Opinion filed November 12, 1894.

ALBERT PHALEN, attorney for appellant.

CHARLES M. WEAVER, attorney for appellee.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The appellee brought a suit before a justice against the appellant upon a writing as follows:

"Chicago, January 5, 1893.

MR. F. G. BROWN:

I hereby agree to pay you a commission of 2 per cent on contract price agreed upon between A. W. Hayward and myself on all work specified in said contract. The commission to be paid out of first and second certificates in — days from date of contract.

C. B. POST."

Post was a member of the firm of Post & Strong.

The writing copied was signed about seven o'clock in the morning of the day of the date, and about eleven o'clock of the same day the firm signed a contract with Hayward to build for him a house for $20,775.

Why Post signed the writing does not appear on the part of the appellee, and the court would not permit him on cross-examination to be questioned about it. So much testimony as did filter in, indicates that the consideration for the promise was mere extortion.

The common law makes a consideration necessary to support a promise, though it be in writing. Hite v. Wells, 17 Ill. 88.

A promissory note is subject to the rule. Arnold v. Franklin, 3 Ill. App. 141.

Had the suit been commenced in a court of record it would have been necessary to allege in the declaration, a good consideration. Hulme v. Renwick, 16 Ill. 371.

The judgment is reversed and the cause remanded, that full inquiry may be made as to the consideration of the promise sued upon.